UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL EXPRESS CORPORATION and FEDEX GROUND PACKAGE SYSTEM, INC., | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:14-cv-2152-B |
| ROBRAD, L.L.C., d/b/a THE LONE STAR SHIPPING COMPANY, and BRADLEY T. WARD, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 16, 2016, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Plaintiffs are **ORDERED** to submit a proposed Writ of Execution for this Court's signature no later than July 11, 2016 that comports with the Findings, and Recommendation of Magistrate Judge Horan.

**SO ORDERED** this 5th day of July, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE